**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (admitted *pro hac vice*)
jprol@lowenstein.com
MICHAEL KAPLAN (admitted *pro hac vice*)
mkaplan@lowenstein.com
BRENT WEISENBERG (admitted *pro hac vice*)
bweisenberg@lowenstein.com
COLLEEN M. RESTEL (admitted *pro hac vice*)
crestel@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
101 Montgomery St., Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re:*<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>           Debtor.<br>--------------------------------------------------<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>           Plaintiff,<br><br>v. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>Adv. Pro. 24-04053 WJL<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ORDER DISMISSING FIRST AMENDED ADVERSARY COMPLAINT**<br><br>[Related to Dkt. Nos. 32, 35-37, 41-43, 45, 47, 48, and 55] |

| | |
|---|---|
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, ADVENTUS, THE ROMAN CATHOLIC WELFARE CORPORATION OF OAKLAND, AND THE ROMAN CATHOLIC CEMETERIES OF THE DIOCESE OF OAKLAND,<br><br>                 Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE IS HEREBY GIVEN** that the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Bishop of Oakland (the "Debtor") in the above-captioned chapter 11 case hereby appeals, pursuant to 28 U.S.C. § 158(a)(1), from the *Order Dismissing First Amended Adversary Complaint* [Dkt. No. 55] entered on July 25, 2025, a copy of which is attached hereto as **Exhibit A** (the "Final Order").

Pursuant to 28 U.S.C. § 158(c)(1), the Committee elects to have the appeal heard by the United States District Court for the Northern District of California rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

The names of the parties to the Final Order other than the Committee, and the name, address, and telephone number of their respective attorneys, are:

- 2 -
Case: 24-04053   Doc# 56   Filed: 08/08/25   Entered: 08/08/25 11:50:30   Page 2 of 4

| Party | Counsel |
|---|---|
| The Roman Catholic Bishop of Oakland | Ann Marie Uetz<br>Foley & Lardner LLP<br>500 Woodward Avenue, Ste 2700<br>Detroit, MI 48226-3489<br>Tel: (313) 234-7114<br><br>Matthew D. Lee<br>Foley & Lardner LLP<br>150 E Gilman St, Ste 5000<br>Madison, WI 53703-1482<br>Tel: (608) 258-4203<br><br>Shane J. Moses<br>Foley & Lardner LLP<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520<br>Tel: (415) 438-6404<br><br>Geoffrey S. Goodman<br>Foley & Lardner LLP<br>321 North Clark Street<br>Suite 3000<br>Chicago, IL 60654<br>Tel: (312) 832-4500 |
| Adventus | Jason Blanchard<br>James V. Leito, IV<br>Ryan E. Manns<br>Norton Rose Fullbright US LLP<br>2200 Ross Avenue, Ste 3600<br>Dallas, TX 75201<br>214-855-8000<br><br>Rebecca J. Winthrop<br>Norton Rose Fullbright US LLP<br>555 S Flower St., 41st Fl.<br>Los Angeles, CA 90071<br>213-892-9346 |
| The Roman Catholic Welfare Corporation of Oakland | Jason Blanchard<br>James V. Leito, IV<br>Ryan E. Manns<br>Norton Rose Fullbright US LLP<br>2200 Ross Avenue, Ste 3600<br>Dallas, TX 75201<br>214-855-8000<br><br>Rebecca J. Winthrop<br>Norton Rose Fullbright US LLP<br>555 S Flower St., 41st Fl.<br>Los Angeles, CA 90071<br>213-892-9346 |

| Party | Counsel |
|---|---|
| The Roman Catholic Cemeteries of the Diocese of Oakland | Jason Blanchard<br>James V. Leito, IV<br>Ryan E. Manns<br>Norton Rose Fullbright US LLP<br>2200 Ross Avenue, Ste 3600<br>Dallas, TX 75201<br>214-855-8000<br><br>Rebecca J. Winthrop<br>Norton Rose Fullbright US LLP<br>555 S Flower St., 41st Fl.<br>Los Angeles, CA 90071<br>213-892-9346 |

Dated: August 8, 2025

**KELLER BENVENUTTI KIM LLP**
**LOWENSTEIN SANDLER LLP**

By: */s/Gabrielle L. Albert*
Gabrielle L. Albert

*Counsel for the Official Committee of Unsecured Creditors*

- 4 -