**Exhibit A**

| | |
|---|---|
| 1 | **LOWENSTEIN SANDLER LLP** |
| | JEFFREY D. PROL (*pro hac vice*) |
| 2 | jprol@lowenstein.com |
| | MICHAEL A. KAPLAN (*pro hac vice*) |
| 3 | mkaplan@lowenstein.com |
| | BRENT WEISENBERG (*pro hac vice*) |
| 4 | bweisenberg@lowenstein.com |
| | One Lowenstein Drive |
| 5 | Roseland, New Jersey 07068 |
| | Telephone: (973) 597-2500 |
| 6 | |
| | **KELLER BENVENUTTI KIM LLP** |
| 7 | TOBIAS S. KELLER (Cal. Bar No. 151445) |
| | tkeller@kbkllp.com |
| 8 | JANE KIM (Cal. Bar No. 298192) |
| | jkim@kbkllp.com |
| 9 | GABRIELLE L. ALBERT (Cal. Bar No. 190895) |
| 10 | galbert@kbkllp.com |
| | 101 Montgomery Street, Suite 1950 |
| 11 | San Francisco, California 94104 |
| | Telephone: (415) 496-6723 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re: | Case No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | Adv. Pro. 24-04053 |
| ———————————————— | **[PROPOSED] ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR RECONSIDERATION OF THE ORDER DISMISSING THE FIRST AMENDED ADVERSARY COMPLAINT** |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND, | |
| Plaintiff, | |
| v. | |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, ADVENTUS, THE ROMAN CATHOLIC WELFARE CORPORATION OF OAKLAND, AND THE ROMAN CATHOLIC CEMETERIES OF THE DIOCESE OF OAKLAND, | |
| Defendants. | |

Upon *Motion of the Official Committee of Unsecured Creditors for Reconsideration of the Order Dismissing First Amended Adversary Complaint* [Dkt. No. •] (the "**Motion**");[1] and any objections thereto; and the Court having heard the arguments of counsel regarding the Motion and any objections thereto at a hearing before the Court on September 10, 2025 (the "**Hearing**"); and Court finding that (a) the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district under 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding under 28 U.S.C. § 157(b)(2), and (d) notice of the Motion and the Hearing was sufficient under the circumstances;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The *Order Dismissing First Amended Adversary Complaint* [Dkt. No. 55], which incorporates the Court's July 16, 2025, oral ruling, is hereby amended to provide dismissal without prejudice.

3. This Court shall retain exclusive jurisdiction over any matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**END OF ORDER**

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

-2-