**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (Admitted Pro Hac Vice)
jprol@lowenstein.com
MICHAEL A. KAPLAN (Admitted Pro Hac Vice)
mkaplan@lowenstein.com
BRENT WEISENBERG (Admitted Pro Hac Vice)
bweisenberg@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re:* <br><br> THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, <br><br> Debtor. <br> ----------------------------------------------- <br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND, <br><br> Plaintiff, <br><br> v. <br><br> THE ROMAN CATHOLIC BISHOP OF OAKLAND, ADVENTUS, THE ROMAN CATHOLIC WELFARE CORPORATION OF OAKLAND, AND THE ROMAN CATHOLIC CEMETERIES OF THE DIOCESE OF OAKLAND, <br><br> Defendants. | Case No. 23-40523 WJL <br><br> Chapter 11 <br><br> Adv. Pro. 24-04053 <br><br> **DECLARATION OF MICHAEL A. KAPLAN IN SUPPORT OF THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR RECONSIDERATION OF THE ORDER DISMISSING FIRST AMENDED ADVERSARY COMPLAINT** <br><br> Date: September 10, 2025 <br> Time: 10:30 a.m. (Pacific Time) <br> Place: United States Bankruptcy Court <br> 1300 Clay Street, Ctrm. 220 <br> Oakland, CA 94612 <br><br> **Objection Deadline: August 27, 2025** |

I, Michael A. Kaplan, Esq., hereby declare as follows:

1. I am a partner of the law firm of Lowenstein Sandler LLP, counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Bishop of Oakland in the above-captioned adversary proceeding.

2. I submit this Declaration in support of the *Motion of the Official Committee of Unsecured Creditors for Reconsideration of the Order Dismissing First Amended Adversary Complaint* (the "**Motion**") filed simultaneously herewith.[1]

3. Attached as **Exhibit A** is a true and correct copy of the Oral Ruling.

4. Attached as **Exhibit B** is a true and correct copy of the relevant pages of the transcript of the Bardos/Adventus Deposition.

5. Attached as **Exhibit C** is a true and correct copy of the relevant pages of the transcript of the Bardos/Debtor Deposition.

I certify under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief, and I understand that I am subject to punishment if any of the foregoing statements made by me are willfully false.

Dated: August 8, 2025

_____
Michael A. Kaplan, Esq.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed in the Motion.