1                                       **Exhibit B**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

-------------------------X.

In Re:                          Case No. 23-40523

THE ROMAN CATHOLIC BISHOP OF

OAKLAND, a California

corporation sole,

    Debtor.

                            Chapter 11

-------------------------X.


DEPOSITION of ATTILA BARDOS

as 30(b)(6) witness for

The Oakland Parochial Fund and Adventus

June 5, 2025

9:05 a.m.


Reported Stenographically by:

Gail L. Inghram,

BA, RDR, CRR, RSA, CA-CSR No. 8635


HUDSON COURT REPORTING & VIDEO    (800) 310-1769

1

2

3

4

5

6

7

8          WHEREUPON, the deposition of ATTILA

9    BARDOS, as 30(b)(6) witness for Oakland Parochial

10   Fund, was held at FOLEY & LARDNER LLP, 555

11   California Street, Suite 1700, San Francisco,

12   California 94104 on Thursday, June 5, 2025,

13   beginning at approximately 9:05 a.m., the

14   proceedings being recorded stenographically by

15   Gail Inghram, Registered Diplomate Reporter,

16   Certified Realtime Reporter, Certified Shorthand

17   Reporter, and transcribed under her direction,

18   there being present:

19

20

21

22

23

24

25

**New York**
**212-273-9911**
**Hudson Court Reporting & Video**
**1-800-310-1769**
**New Jersey**
**732-906-2078**
Case: 24-04053   Doc# 58-2   Filed: 08/08/25   Entered: 08/08/25 14:34:20   Page 3 of
16

```
1            IN-PERSON APPEARANCES:

2

3   On behalf of The Official Committee of Unsecured Creditors:

4

5       MICHAEL KAPLAN, ESQ.

6       mkaplan@lowenstein.com

7       COLLEEN M. RESTEL, ESQ.

8       crestel@lowenstein.com

9          LOWENSTEIN, SANDLER, LLP

10         One Lowenstein Drive

11         Roseland, New Jersey 07068

12         973.597.2500

13

14

15  On behalf of Oakland Parochial Fund and Adventus:

16      RYAN E. MANNS, ESQ.

17      ryan.manns@nortonrosefulbright.com

18         NORTON ROSE FULBRIGHT US, LLP

19         2200 Ross Avenue, Suite 3600

20         Dallas, Texas 75201-7932

21         214.855.8000

22

23

24

25
```

**New York**
**212-273-9911**
**Hudson Court Reporting & Video**
**1-800-310-1769**
**New Jersey**
**732-906-2078**
Case: 24-04053   Doc# 58-2   Filed: 08/08/25   Entered: 08/08/25 14:34:20   Page 4 of 16

1          IN-PERSON APPEARANCES (Cont'd):

2

3    On behalf of the Roman Catholic Bishop of Oakland:

4         MATTHEW D. LEE, ESQ.

5         mdlee@foley.com

6              FOLEY & LARDNER, LLP

7              150 East Gilman Street, Suite 5000

8              Madison, Wisconsin 53703

9              608.258.4258

10

11

12

13              ---- REMOTE   APPEARANCES ----

14

15         JONATHAN MICHAEL THOMAS, ESQ.

16         jthomas@foley.com

17              FOLEY & LARDNER LLP

18              2021 McKinney Avenue, Suite 1600

19              Dallas, Texas 75201

20              214.999.4734

21

22

23

24

25

```
1              REMOTE    APPEARANCES (Cont'd):

2

3    On behalf of Century Indemnity Company as successor to CCI

4    Insurance Company, as successor to Insurance Company of

5    North America, Pacific Indemnity Company, Westchester Fire

6    Insurance Company, and Pacific Employers Insurance Company:

7        MAGGIE NIU, ESQ.

8        mniu@omm.com

9            O'MELVENY & MYERS LLP

10           Times Square Tower

11           7 Times Square

12           New York, NY 10036

13           212.728.5803

14

15

16       ALEXANDRA J. WOLTER, ESQ.

17       awolter@omm.com

18       JUSTINE DANIELS, ESQ.

19       jdaniels@omm.com

20           O'MELVENY & MYERS LLP

21           400 South Hope Street, 19th Floor

22           Los Angeles, California 90071

23           213.430.6229

24

25           -and-
```

```
 1          REMOTE    APPEARANCES (Cont'd):

 2

 3    On behalf of Century Indemnity Company as successor to CCI

 4    Insurance Company, as successor to Insurance Company of

 5    North America, Pacific Indemnity Company, Westchester Fire

 6    Insurance Company, and Pacific Employers Insurance Company:

 7        JASON CHORLEY, ESQ.

 8        jason.chorley@clydeco.us

 9            CLYDE & CO. USS LLP

10            150 California Street, 15th Floor

11            San Francisco, California 94111

12            415.365.9800

13

14

15

16    On behalf of Certain Underwriters at Lloyd's London and

17    Certain London Market Insurers:

18        ASHLEY I. STOREY, ESQ.

19        astorey@skarzynski.com

20            SKARZYNSKI MARICK & BLACK LLP

21            One Battery Park Plaza, 32nd Floor

22            New York, New York 10004

23            212.820.7755

24

25
```

```
 1              REMOTE   APPEARANCES (Cont'd):

 2

 3   On behalf of American Home Assurance Company:

 4       AMY P. KLIE, ESQ.

 5       aklie@nicolaidesllp.com

 6           NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP

 7           10 South Wacker Drive, 36th Floor

 8           Chicago, Illinois 60606

 9           312.585.1422

10

11

12   ALSO PRESENT:

13       BLAKE BOEHNE, Clyde & Co.

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          -   -   -

2                    P R O C E E D I N G S

3                          -   -   -

4              THE COURT REPORTER:  Before we begin,

5      my name is Gail Inghram.  I'm California

6      certified shorthand reporter Number 8635.

7      Today's date is June 5, 2025.

8              Mr. Bardos, would you raise your right

9      hand to be sworn, please.

10     WHEREUPON,

11                         ATTILA BARDOS,

12     being first duly sworn or affirmed to testify to the

13     truth, the whole truth, and nothing but the truth,

14     was examined and testified as follows:

15

16                         EXAMINATION

17     BY ATTORNEY KAPLAN:

18         Q.    Good morning, Mr. Bardos.  We just met

19     informally off the record, but for the record

20     purposes, my name is Michael Kaplan, and I am

21     counsel to the committee in the Roman Catholic

22     Bishop of Oakland bankruptcy case.  All right?

23              Just for record purposes today, we're

24     taking your deposition in a number of capacities

25     over the next coming days and otherwise.  Today's

1    deposition, however, is limited to the fact that

2    you have been designated as the corporate

3    designee for Adventus, and for The Oakland

4    Parochial Fund.

5              Do you understand?

6    A.    Yes.

7    Q.    Okay.  And I don't have an acronym for

8    Adventus, but for Oakland Parochial Fund I'll

9    refer to it as "OPF."

10             Is that okay?

11   A.    Perfect.

12   Q.    Less words.

13             Have you ever had your deposition

14   taken before?

15   A.    No.

16   Q.    Okay.  Couple of things to talk about

17   today at the beginning -- and we won't repeat

18   this for when we separate Adventus and OPF -- but

19   you're testifying under oath.

20             Do you understand that?

21   A.    Yes.

22   Q.    Has the same effect as in you're

23   testifying in a court of law?

24   A.    Yes.

25   Q.    All of your answers today have to be

1    or certificates?

2         A.    No.

3         Q.    You are currently -- well, let me ask

4    you this:  What roles do you currently hold?  By

5    "roles," what jobs, titles or otherwise, do you

6    currently hold?

7         A.    I'm the CFO of the Diocese of Oakland.

8         Q.    Okay.  That one I knew:  You're the

9    chief financial officer of the debtor.

10             Do you hold any position with

11   Adventus?

12        A.    I do.

13        Q.    Which is?

14        A.    By virtue of my position, I'm a board

15   member of Adventus.

16        Q.    So by virtue of your position with the

17   debtor?

18        A.    CFO, ex officio, debtor.

19        Q.    Okay.  Is that -- the debtor always

20   holds an ex officio spot with Adventus on the

21   board?

22        A.    My understanding is that, yes.

23        Q.    Okay.  And that is just as an

24   ex officio board member?

25        A.    That's my understanding, yes.

1    Q.    Okay.  Since December of 2024, has OPF

2    paid the management fee?

3    A.    No.

4    Q.    Okay.  Does OPF intend to pay the

5    management fee?

6    A.    Yes, OPF intends to do a midyear

7    payment of the fee.

8    Q.    For the first two quarters of 2025?

9    A.    Correct.

10    Q.    Okay.  Other than the management fee,

11    does OPF owe any other money to the debtor?

12    A.    Not that I'm aware of.

13    Q.    Okay.  I think -- at this point, we're

14    now -- we are done with OPF, okay?  And we're

15    going to talk about everything Adventus from this

16    point forward.  Okay?

17    A.    I'm in.

18    Q.    Excellent.  I just want it to be

19    crystal clear that it will be equally as

20    complicated, but we are making the record clear

21    that everything you answer from this point

22    forward is as the corporate designee for

23    Adventus.  Okay?

24    A.    Got it.

25    Q.    All right.  I promise next week will

1          A.      That's okay.

2          Q.      What is Adventus, sir?

3          A.      Essentially, it's a real estate

4     holding company.

5          Q.      Who does it hold real estate for?

6          A.      For entities within the Diocese of

7     Oakland.  It was designed for that.

8          Q.      Does it do anything else?

9          A.      No.

10          Q.      Does it hold real estate for any other

11     diocese in the country?

12          A.      No.

13          Q.      Is Adventus' business address the same

14     as RCBO's?

15          A.      I'd have to look, but I think so.

16                  The incorporation document?

17          Q.      I didn't give you the incorporation

18     document.

19          A.      Yeah, I'd have to verify what

20     officially --

21          Q.      That's okay.  We'll look at some

22     documents, and someone will tell me if I got it

23     wrong.

24                  What is the -- how do you describe the

25     relationship between RCBO and Adventus?

1          A.     It's a good relationship.

2          Q.     Well, I'm sure it's a constructive

3    working relationship, but if I were to try to

4    understand from the lay perspective here, what is

5    the -- how do the entities interact?

6          A.     So Adventus is the real estate holding

7    company, and there are properties there that

8    Adventus has that are related to the diocese; and

9    Adventus has conversations with RCBO about those

10   properties.

11         Q.     Does Adventus have any employees?

12         A.     No.

13         Q.     I understand.

14                I think at the beginning you told me

15   that you are an ex officio board member of

16   Adventus?

17         A.     I am indeed.

18         Q.     Who other -- who else holds a title at

19   Adventus?

20         A.     I would say that I believe -- I

21   believe that Father Lawrence is also a board

22   member.  I'd have to look at the documents, but

23   that's the only one that comes to mind.

24         Q.     Does Adventus have a president or

25   chief executive officer?

1    to 800,000.

2           Q.     Okay.  Has the final decision been

3    made with respect to either of those two

4    properties to use that as collateral for the exit

5    facility?

6           A.     They're being considered.

7           Q.     Again, my question --

8           A.     No final decision.

9           Q.     Okay.  Outside -- again, from your

10   Adventus hat here -- outside of the potential

11   contribution of the properties that Adventus

12   holds, is Adventus making any other contribution

13   to the plan?

14          A.     No.

15          Q.     Okay.  Was Adventus ever asked to make

16   any other contribution to the plan?

17          A.     No.

18          Q.     As your counsel just indicated, there

19   was a prior version of the plan in which Adventus

20   was going to contribute the Livermore property to

21   the survivors' trust; correct?

22          A.     That is correct.

23          Q.     What benefit would Adventus have

24   received for that transfer?

25          A.     Helping to get a settlement faster.

1    It helps everybody.

2         Q.    Okay.  When you say "helping to get a

3    settlement faster," that is the settlement for

4    RCBO?

5         A.    Yes.

6         Q.    Okay.  Was Adventus -- was there any

7    direct benefit to Adventus?

8         A.    Doing a good deed.  Yes.

9         Q.    Okay.

10        A.    For the greater good.

11        Q.    Does Adventus have -- well, Adventus

12   has its own bank accounts; correct?

13        A.    Yes.

14        Q.    Are they -- what institution holds

15   those?

16        A.    I believe we have that with US Bank --

17   I'd have to check.  I think it's US Bank.  I'd

18   have to check.

19        Q.    Do you know, sitting here today, how

20   much cash Adventus has in its accounts?

21        A.    No, I don't.  I'd have to look at

22   documents.

23        Q.    Do you have a general estimate of what

24   it holds on a regular basis?

25        A.    No.