**Exhibit C**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

- - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE: ) | |
| THE ROMAN CATHOLIC BISHOP OF ) | CASE NO. |
| OAKLAND, a California ) | 23-40523 WJL |
| corporation sole, ) | CHAPTER 11 |
| Debtor. ) | |

- - - - - - - - - - - - - - - - - - -

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF ATTILA BARDOS

INDIVIDUALLY AND PURSUANT TO RULE 30(b)(6)

ON BEHALF OF THE ROMAN CATHOLIC BISHOP OF OAKLAND

THURSDAY, JUNE 12, 2025

PAGES 1 - 272; VOLUME II

BY: SUZANNE I. ANDRADE, CSR NO. 10682

HUDSON COURT REPORTING & VIDEO   (800) 310-1769

1

2

3

4

5

6

7

8

9

10         Confidential deposition of ATTILA BARDOS,

11  INDIVIDUALLY AND PURSUANT TO RULE 30(b)(6) ON BEHALF OF

12  THE ROMAN CATHOLIC BISHOP OF OAKLAND, VOLUME 1, taken

13  on behalf of The Official Committee of Unsecured

14  Creditors, at Foley & Lardner LLP, 555 California

15  Street, Suite 1700, San Francisco, California,

16  commencing at 9:10 A.M., THURSDAY, JUNE 12, 2025,

17  before Suzanne I. Andrade, Certified Shorthand Reporter

18  No. 10682, pursuant to Notice.

19

20

21

22

23

24

25

**New York**  
**212-273-9911**  
**Hudson Court Reporting & Video**  
**1-800-310-1769**  
**New Jersey**  
**732-906-2078**  
Case: 24-04053   Doc# 58-3   Filed: 08/08/25   Entered: 08/08/25 14:34:20   Page 3 of 12

```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:
 3        LOWENSTEIN SANDLER LLP
 4        BY:  MICHAEL KAPLAN, ATTORNEY AT LAW
 5             ANNA MARIA GIBLIN, ATTORNEY AT LAW
 6             COLLEEN RESTEL, ATTORNEY AT LAW
 7             (VIA VIDEOCONFERENCE)
 8        One Lowenstein Drive
 9        Roseland, New Jersey  07068
10        Telephone:  (973) 597-2500
11        Email:  mkaplan@lowenstein.com
12                agiblin@lowenstein.com
13                crestel@lowenstein.com
14
15   FOR THE ROMAN CATHOLIC BISHOP OF OAKLAND:
16        FOLEY & LARDNER, LLP
17        BY:  MATTHEW D. LEE, ATTORNEY AT LAW
18        150 East Gilman Street, Suite 5000
19        Madison, Wisconsin  53703
20        Telephone:  (608) 258-4203
21        Email:  mdlee@foley.com
22
23
24
25
```

```
1    APPEARANCES OF COUNSEL - CONTINUED:
2    FOR THE ROMAN CATHOLIC BISHOP OF OAKLAND:
3         FOLEY & LARDNER, LLP
4         BY:  SHANE J. MOSES, ATTORNEY AT LAW
5         555 California Street, Suite 1700
6         San Francisco, California  94104
7         Telephone:  (415) 438-6404
8         Email:  smoses@foley.com
9
10   FOR CENTURY INDEMNITY COMPANY AS SUCCESSOR TO CCI
11   INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF
12   NORTH AMERICA, PACIFIC INDEMNITY COMPANY, WESTCHESTER
13   FIRE INSURANCE COMPANY, AND PACIFIC EMPLOYERS INSURANCE
14   COMPANY:
15        CLYDE & CO LLP
16        BY:  JASON CHORLEY, ATTORNEY AT LAW
17             (VIA VIDEOCONFERENCE)
18        150 California Street, 15th Floor
19        San Francisco, California  94111
20        Telephone:  (415) 365-9800
21        Email:  jason.chorley@clydeco.us
22
23
24
25
```

**New York**  
**212-273-9911**  
Case: 24-04053   Doc# 58-3   Filed: 08/08/25   Entered: 08/08/25 14:34:20   Page 5 of 12

**Hudson Court Reporting & Video**  
**1-800-310-1769**

**New Jersey**  
**732-906-2078**

1  APPEARANCES OF COUNSEL - CONTINUED:
2  FOR CENTURY INDEMNITY COMPANY AS SUCCESSOR TO CCI
3  INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF
4  NORTH AMERICA, PACIFIC INDEMNITY COMPANY, WESTCHESTER
5  FIRE INSURANCE COMPANY, AND PACIFIC EMPLOYERS INSURANCE
6  COMPANY:
7       O'MELVENY LLP
8       BY:  MAGGIE NIU, ATTORNEY AT LAW
9            (VIA VIDEOCONFERENCE)
10      1301 Avenue of the Americas, Suite 1700
11      New York, New York  10019
12      Telephone:  (212) 728-5803
13      Email:  mniu@omm.com
14  - AND -
15       O'MELVENY LLP
16       BY:  JUSTINE DANIELS, ATTORNEY AT LAW
17            (VIA VIDEOCONFERENCE)
18       400 South Hope Street, Suite 1900
19       Los Angeles, California  90071
20       Telephone:  (213) 430-7657
21       Email:  jdaniels@omm.com
22
23
24
25

```
 1   APPEARANCES OF COUNSEL - CONTINUED:
 2   FOR OAKLAND PAROCHIAL FUND AND ADVENTUS:
 3        NORTON ROSE FULBRIGHT US LLP
 4        BY:  RYAN E. MANNS, ATTORNEY AT LAW
 5             (VIA VIDEOCONFERENCE)
 6        2200 Ross Avenue, Suite 3600
 7        Dallas, Texas   75201
 8        Telephone:  (214) 855-8304
 9        Email:  ryan.manns@nortonrosefulbright.com
10
11   FOR AMERICAN HOME ASSURANCE COMPANY:
12        NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
13        BY:  AMY P. KLIE, ATTORNEY AT LAW
14             (VIA VIDEOCONFERENCE)
15        10 South Wacker Drive, 36th Floor
16        Chicago, Illinois   60606
17        Telephone:  (312) 585-1422
18        Email:  aklie@nicolaidesllp.com
19
20
21
22
23
24
25
```

**New York**  
212-273-9911  
**Hudson Court Reporting & Video**  
1-800-310-1769  
**New Jersey**  
732-906-2078  
Case: 24-04053   Doc# 58-3   Filed: 08/08/25   Entered: 08/08/25 14:34:20   Page 7 of 12

```
 1   APPEARANCES OF COUNSEL - CONTINUED:
 2   FOR WESTPORT INSURANCE CORPORATION:
 3        SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
 4        BY:  BLAISE S. CURET, ATTORNEY AT LAW
 5             (VIA VIDEOCONFERENCE)
 6        2000 Powell Street, Suite 830
 7        Emeryville, California  94608
 8        Telephone:  (415) 352-6208
 9        Email:  bcuret@spcclaw.com
10
11   FOR WESTPORT INSURANCE CORPORATION F/K/A EMPLOYERS
12   REINSURANCE COMPANY:
13        PARKER HUDSON RAINER & DOBBS LLP
14        BY:  DANIEL WEIGEL, ATTORNEY AT LAW
15             (VIA VIDEOCONFERENCE)
16        303 Peachtree Street NE, Suite 3600
17        Atlanta, Georgia  30308
18        Telephone:  (404) 420-4680
19        Email:  dweigel@phrd.com
20
21
22
23
24
25
```

**New York**  
**212-273-9911**  
**Hudson Court Reporting & Video**  
**1-800-310-1769**  
**New Jersey**  
**732-906-2078**  
Case: 24-04053   Doc# 58-3   Filed: 08/08/25   Entered: 08/08/25 14:34:20   Page 8 of 12

1  APPEARANCES OF COUNSEL - CONTINUED:
2  FOR LONDON MARKET INSURERS:
3      CLYDE & CO LLP
4      BY:  NAOMI ZWEIG, ATTORNEY AT LAW
5          (VIA VIDEOCONFERENCE)
6      30 South Wacker Drive, Suite 2600
7      Chicago, Illinois  60606
8      Telephone:  (312) 635-7000
9      Email:  naomi.zweig@clydeco.us
10
11  FOR U.S. FIRE INSURANCE COMPANY:
12      KENNEDYS
13      BY:  MATTHEW STARNER, ATTORNEY AT LAW
14          (VIA VIDEOCONFERENCE)
15      120 Mountain View Boulevard
16      Box 650
17      Basking Ridge, New Jersey  07920
18      Telephone:  (908) 394-7890
19      Email:  matthew.starner@kennedyslaw.com
20
21
22
23
24
25

```
 1   APPEARANCES OF COUNSEL - CONTINUED:
 2   FOR TRAVELERS INDEMNITY COMPANY:
 3        DENTONS
 4        BY:  LAUREN MACKSOUD, ATTORNEY AT LAW
 5             (VIA VIDEOCONFERENCE)
 6        1221 Avenue of the Americas
 7        New York, New York  10020
 8        Telephone:  (212) 768-5347
 9        Email:  lauren.macksoud@dentons.com
10
11   ALSO PRESENT:
12        MATTHEW KEMNER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1        THURSDAY, JUNE 12, 2025; 9:10 A.M.

2        THE REPORTER:  My name is Suzanne Andrade,

3    California Certified Shorthand Reporter, CSR License No.

4    10682.

5             Please raise your right hand.

6             (The witness was duly sworn.)

7        THE WITNESS:  I do.

8                     ATTILA BARDOS,

9    after having been duly administered the oath to tell the

10   truth, the whole truth, and nothing but the truth,

11   testified as follows:

12                      EXAMINATION

13   BY ATTORNEY KAPLAN:

14       Q.   Good morning, Mr. Bardos.  We have obviously

15   met before and spent some time together, so I will skip

16   over the introductory phase.  I know who you are.  You

17   know who I am.

18       A.   We go way back.

19       Q.   Absolutely.  We've already done two depositions

20   together, so we'll skip the questions about whether

21   you've been deposed as well.

22            Just for record purposes, we are here today and

23   potentially into a piece of tomorrow to do two

24   depositions.  One, and the one we will start with, is

25   the deposition of you as the debtor's corporate

```
 1    designee.
 2         A.   Okay.
 3         Q.   And then I will finish and close that
 4    deposition, and then we will pivot to you individually.
 5         A.   Okay.
 6         Q.   Okay?
 7              So everything we are going to do for, I would
 8    estimate, the better part of today is going to be you as
 9    the corporate designee.  All right?
10         A.   Got it.
11         Q.   All right.  I'm not going to go through the
12    full lengthy recitation of all the sort of rules.
13              You know you're under oath, correct?
14         A.   Correct, yes.
15         Q.   You know we can't speak over each other, right?
16         A.   Yes.
17         Q.   You know all your answers have to be verbal,
18    right?
19         A.   Yes.
20         Q.   You know I will give you as many or few breaks
21    as you so choose?
22         A.   Yes.
23         Q.   I may need a couple extra today.  You never
24    know.
25              And, lastly and probably most importantly, you
```